UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | | |
|---|---|---|
| In the Matter of: | : | |
| CHOPS S G 1, INC., | : | Chapter 7 |
| | : | Case No.16-13903-BFK |
| Debtor. | : | |
| SANDY SPRING BANK, | : | |
| Movant, | : | |
| v. | : | Contested Matter |
| CHOPS S G 1, INC., and DONALD F. KING, CHAPTER 7 TRUSTEE | : | |
| Respondents. | : | |

## ORDER GRANTING MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

THIS MATTER is before the Court on the motion of Sandy Spring Bank ("Bank"), by counsel, seeking relief from the automatic stay to enforce its rights under two Commercial Security Agreements securing repayment of loans made with respect to the build out and operation of a restaurant located in Fairfax, Virginia and providing a security interest in all inventory, chattel paper, accounts, equipment and general intangibles of the Debtor (the "Property")

AND IT APPEARING, that good cause exists to grant the motion of the Bank as filed herein, then, it is hereby

ORDERED, that the automatic stay of 11 U.S.C. 362 is hereby terminated with respect to the Property, and the Bank is hereafter permitted to exercise all rights and remedies available to it under the Commercial Security Agreements and state law,

AND IT IS FURTHER ORDERED, that the stay imposed by Fed. R. Bankr. P 4001(a)(3) is waived

Date:  Jan 6 2017 , 2016

/s/ Brian F. Kenney
**Brian F. Kenney**
**U.S. Bankruptcy Judge**

EOD:1/9/2017 sas

I Ask For This:

/s/ Jeffery T. Martin, Jr.
**Bruce W. Henry, VSB #23951**
**Kevin M. O'Donnell, VSB #30086**
**Jeffery T. Martin, Jr., VSB #71860**
**HENRY & O'DONNELL, P.C.**
300 N. Washington Street
Suite 204
Alexandria, Virginia 22314
(703) 548-2100
Counsel for Sandy Spring Bank

Seen and no opposition:

**DONALD F. KING, TRUSTEE,**

By:   /s/ Alexander M. Laughlin
      Alexander M. Laughlin (VSB No. 25237)
      Counsel to the Chapter 7 Trustee
      ODIN FELDMAN & PITTLEMAN PC
      1775 Wiehle Avenue, Suite 400
      Reston, Virginia 20190
      Phone:  703-218-2134
      Phone:  703-218-2135
      Fax:     703-218-2160
      Alex.Laughlin@ofplaw.com